JS-6

Lawrence Silver, Esq.
California Bar No. 68604
SILVER & FIELD, A LAW CORP.
2990 S. Sepulveda Blvd. #312
Los Angeles, CA 90064-3669
Telephone: (310) 477-7640
Facsimile: (310) 477-6460

John H. Cotton, Esq.
Nevada Bar Number 5268
John J. Savage, Esq.
Nevada Bar No. 11455
JOHN H. COTTON & ASSOCIATES, LTD.
2300 W. Sahara Avenue, Ste. 420, Box 15
Las Vegas, Nevada 89102
Telephone: (702) 367-9993
Facsimile:    (702) 367-9977

John P. Inserra, Esq.
Nebraska Bar No.: 15084
INSERRA & KELLEY, ATTORNEYS AT LAW
6790 Grover Street, Suite 200
Omaha, Nebraska 68106
Telephone: (402) 391-4000
Facsimile:    (402) 391-4039

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA MEDINA,<br><br>             Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, A Corporation<br><br>             Defendant. | CASE NO.: CV10-4816 VBF (PJWx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based on the parties' Stipulation:

**IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the above-referenced matter shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED: <u>September 9</u>, 2011

_____
UNITED STATES DISTRICT
COURT JUDGE

Submitted by:

**JOHN H. COTTON & ASSOCIATES**
2300 West Sahara Avenue, Suite 420
Las Vegas, Nevada 89102
*Counsel for Plaintiff*

By: _____
John H. Cotton, Esq.
John Savage, Esq.